IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-337-CV





KATY CONSTRUCTORS, INC. (AKA HILL CONSTRUCTORS, INC.),



 APPELLANT


vs.





ROUND ROCK INDEPENDENT SCHOOL DISTRICT,



 APPELLEE



 




FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT


NO. 91-312-C26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING



 




PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a).

 The appeal is dismissed.


Before Justices Powers, Jones and Kidd

Dismissed on Joint Motion

Filed: November 24, 1993

Do Not Publish